**Order filed August 8, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00507-CV
_____

**JOAN HUDSON, INDIVIDUALLY, A/N/F OF CORNENIUS HAWKINS, Appellant**

**V.**

**ORION REAL ESTATE SERVICES, INC., Appellee**

---

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2012-29465**

---

### ORDER

The notice of appeal in this case was filed June 5, 2013. The clerk's record was filed July 9, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **August 23, 2013.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM